IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PHOTO RESOURCE HAWAI'I, INC., | ) ) ) | CIVIL 07-00134DAE-LEK |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| AMERICAN HAWAI'I TRAVEL INC., et al., | ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on December 13, 2007, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant in Part and Deny in Part Plaintiff's Motion for Default Judgment as to American Hawaii Travel Incorporated," are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, January 2, 2008.



_____
David Alan Ezra
United States District Judge